IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement dated as of May 1,2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ3<br><br>Plaintiff<br><br>vs.<br><br>Lael L. Cryder; City of Joliet<br><br>Defendants | Case Number: 11-4080<br><br><br>District Judge: Robert M. Dow<br><br>Magistrate Judge: Morton Denlow |

## **MOTION FOR JUDGMENT**

NOW COMES Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement dated as of May 1,2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ3, by and through its attorneys, Randall S. Miller and Associates, LLC and moves this Honorable Court for the entry of the Judgment of Foreclosure and Sale stating as follows:

1. That on June 28, 2012, the Court granted the Plaintiff's Rule 56 Motion for Summary Judgment as to Lael L. Cryder and awarded the Plaintiff $152,600.39 plus interest and attorneys fees;

2. That on September 10, 2012, the Court granted Plaintiff's Motion for Default as to the City of Joliet and the Plaintiff's Motion for Attorneys Fees and Costs totaling $2,311.50;

3. That on November 7, 2012, the Court granted Plaintiff's Motion to Appoint Special Commissioner, appointing The Judicial Sales Corporation as Special Commissioner;

4. That it came to Plaintiff's attention that a Judgment of Foreclosure and Sale was never entered in the present case, which outlines the legal procedure by which the Plaintiff will conduct the sale of the subject property.

5. That Judgment of Foreclosure and Sale specifies the redemption date by which the Plaintiff can

proceed with sale;

6. That without such Judgment, the Special Commissioner will not proceed with sale of the subject property by public auction; and

7. That Plaintiff has attached its proposed Judgment of Foreclosure and Sale as EXHIBIT "A".

WHEREFORE, Plaintiff requests that this Honorable Court grant the following relief:

1. That a Judgment of Foreclosure and Sale be entered against all parties;

2. And for such further relief that the Court deems just and equitable.

                                                   RANDALL MILLER & ASSOCIATES, LLC,


                                                   BY: */s/ Christopher S. Jordan*
                                                       Attorney for Plaintiff


Randall S. Miller & Associates, LLC
120 North LaSalle Street, Suite 1140
Chicago, IL 60602
(P) (312) 239-3432
(F) (312) 284-4820
ARDC# 6309357
Our File Number: 10IL01232-1